[Doc. No. 29]

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

ERIC POTTER,　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　：
　　　　　　Plaintiff,　　　　　　：
　　　　　　　　　　　　　　　　　：
　　v.　　　　　　　　　　　　　　：　　Civil No. 05-3971 (RMB)
　　　　　　　　　　　　　　　　　：
KAREN BALICKI, et. al.,　　　　　：
　　　　　　　　　　　　　　　　　：
　　　　　　Defendants.　　　　　　：

### ORDER

　　　　This matter is before the Court on the Motion to Depose a State Inmate [Doc. No. 29] filed by Keith S. Massey, Jr., Esquire, on behalf of the New Jersey Office of the Attorney General, counsel for Defendant, Karen Balicki; and Defendant seeking to depose Plaintiff, Eric Potter; and Defendant arguing that Plaintiff is currently incarcerated in Northern State Prison; and Defendant further arguing that Plaintiff's deposition testimony is necessary to Defendant's defense of this matter; and Plaintiff not filing opposition to Defendant's Motion; and

　　　　The Court finding that pursuant to Fed. R. Civ. P. 30(a)(2)(B), a party must obtain leave of court to depose any person confined to prison at the time of the deposition; and the Court further finding that Plaintiff's deposition is relevant to this case and Defendant is entitled to his deposition to prepare her defense of this case; and for good cause shown

　　　　IT IS on this 12th day of August 2008 hereby

　　　　ORDERED that Defendant's Motion to Depose a State Inmate is GRANTED; and it is further

　　　　ORDERED that the deposition of Plaintiff, Eric Potter, shall take place at a date and time

convenient to the parties and the Superintendent of Northern State Prison, and at a location designated by the Superintendent; and it is further

    ORDERED that Plaintiff shall be notified of the date and time of the scheduled deposition as soon as is reasonably possible.


                                                /s/ Joel Schneider
                                                JOEL SCHNEIDER
                                                United States Magistrate Judge